**Hesman TALL, Plaintiff–Appellant,**

v.

**The PARTNERSHIP DEVELOPMENT GROUP INC., (PDG); PDG Rehabilitative Services; Rise Program; Maryland State Department of Education; Maryland Division of Rehabilitative Services, Defendants–Appellees.**

No. 16-1532

United States Court of Appeals, Fourth Circuit.

Submitted: October 18, 2016

Decided: October 20, 2016

Hesman Tall, Appellant Pro Se. Matthew David Gimovsky, WALKER, MURPHY & NELSON, LLP, Rockville, Maryland; Elliott L. Schoen, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hesman Tall appeals the district court's order dismissing his civil action alleging claims under the Americans with Disabilities Act and Maryland law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tall v. The P'ship Dev. Grp. Inc., No. 1:15–cv–03352–RDB, 2016 WL 1696466 (D. Md. Apr. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED